373 A.2d 1150

Mueller, Appellant, v. Hoplamazian.

Argued September 21, 1976. R. Stuart Jenkins, with him Schroeder, Jenkins, Raymond and Auritt, for appellant; John Alden, for appellee.

Decree affirmed.